# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**LAQUON AKEEM FLUKER, # 191562**             **PETITIONER**

**VERSUS**             **CIVIL ACTION NO. 2:21cv121-KS-MTP**

**STATE OF MISSISSIPPI**             **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the  19th  day of October, 2021.

                                           s/Keith Starrett
                                   UNITED STATES DISTRICT JUDGE